UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

GIL V. PEREZ,

                                      Plaintiff,

                -against-                   **DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

THE CITY OF NEW YORK and THE DEPARTMENT
OF CITYWIDE ADMINISTRATIVE SERVICES,      16-CV-7050 (PGG)(BCM)

                                      Defendants.

------------------------------------------------------------------------ x

        **PLEASE TAKE NOTICE** that, upon Defendants' Local 56.1 Statement of Undisputed Material Facts, dated March 29, 2019, the Declaration of Matthew J. Connahan, dated March 29, 2019, and the exhibits annexed thereto, the Memorandum of Law in Support of Defendants' Motion for Summary Judgment, dated March 29, 2019, and upon all prior pleadings and proceedings heretofore had herein, defendants will move this Court, before the Honorable Paul G. Gardephe, United States District Judge, Southern District of New York, at the United States Courthouse, Southern District of New York, 40 Foley Square, New York, New York, at a date and time to be set by the Court, for an order, pursuant to Rule 56 of the Federal Rules of Civil Procedure, granting summary judgment in favor of defendants on the ground that there is no genuine issue of material fact to try, entering judgment for defendants, and granting defendants costs, fees, and disbursements, together with such other and further relief as the Court deems just and proper.

- 2 -

**PLEASE TAKE FURTHER NOTICE,** that, pursuant to the briefing schedule ordered by the Court on February 19, 2019, opposition papers, if any, are to be served on or before April 30, 2019. Reply papers, if any, are to be served and all papers filed on or before May 13, 2019.

Dated:    New York, New York
              March 29, 2019

                    **ZACHARY W. CARTER**
                    Corporation Counsel of the
                     City of New York
                    Attorney for Defendants
                    100 Church Street, Room 2-112
                    New York, New York 10007-2601
                    (212) 356-4078
                    mconnaha@law.nyc.gov

By:        /s/
            Matthew J. Connahan
            Assistant Corporation Counsel

To:    <u>Via First Class Mail</u>
       Randy M. Kornfeld, Esq.
       Kornfeld & Associates, P.C.
       240 Madison Ave., 8th Floor
       New York, New York 10016
       Attorney for Plaintiff

       Paul C. Cavaliere, Esq.
       325 Broadway, Suite 302
       New York, New York 10007
       Attorney for Plaintiff

16-CV-7050 (PGG)(BCM)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GIL V. PEREZ,

Plaintiff,

-against-

THE CITY OF NEW YORK and THE DEPARTMENT OF CITYWIDE ADMINISTRATIVE SERVICES ,

Defendants.

**DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**ZACHARY W. CARTER**
*Corporation Counsel of the City of New York*
Attorney for Defendants
100 Church Street, Room 2-112
New York, N.Y. 10007-2601

Of Counsel: Matthew J. Connahan
Tel: (212) 356-4078
mconnaha@law.nyc.gov

Our No. 2016-033624

*Due and timely service is hereby admitted.*

New York, N.Y. ...................................................., 2019

Signed: ..........................................................................

Attorney for......................................................................