**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
GIL V. PEREZ,

                Plaintiff,           16 **CIVIL** 7050 (PGG)

      -against-                      **JUDGMENT**

THE CITY OF NEW YORK and DEPARTMENT
OF CITYWIDE ADMINISTRATIVE SERVICES,
                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 16, 2020, Defendants' motion for summary judgment Dkt. No. 68 is granted as to Plaintiff's claims under the Americans with Disabilities Act, and Plaintiff's cross-motion for summary judgment on these claims Dkt. No. 62 is denied; accordingly, the case is closed, and the matter is returned to the Supreme Court of the State of New York, New York County.

**Dated:**  New York, New York
          March 18, 2020

                                                    **RUBY J. KRAJICK**
                                                    _____
                                                        **Clerk of Court**
                         **BY:**
                                               _____
                                                          **Deputy Clerk**