# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Gil V. Perez

(List the full name(s) of the plaintiff(s)/~~petitioner(s)~~.)

-against-

The City of New York Department of Citywide Administrative Services,

(List the full name(s) of the defendant(s)/respondent(s).)

16 CV 7050 ( PGG)(BCM)

**NOTICE OF APPEAL**

Notice is hereby given that the following parties: Gil V. Perez

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the ☐ judgment ☒ order entered on: 3-26-2020

(date that judgment or order was entered on docket)

that: Granted Defendants Motion for Summary Judgement on ADA claims and remanded to to State Court all other proceedings

(If the appeal is from an order, provide a brief description above of the decision in the order.)

April 15, 2020
Dated

_[signature]_
Signature*

Gil V. Perez, Esq
Name (Last, First, MI)

30 Wall Street 8th Fl — Address
New York City — City
New York — State
10005 — Zip Code

1-212-233-0178
Telephone Number

gvpesq@gmail.com
E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case. Fed. R. App. P. 3(c)(2). Attach additional sheets of paper as necessary.

Rev. 12/23/13